1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | ISRAEL MALDONADO,                    1:12-cv-01586 GBC (PC)

12 |        Plaintiff,                     ORDER TO SUBMIT APPLICATION
                                          TO PROCEED IN FORMA PAUPERIS
13 |    vs.                               OR PAY FILING FEE WITHIN 45 DAYS

14 | SHAFTER-WASCO NORTH DIVISION, et
   al.,
15

16 |        Defendants.
                                    /

17

18         Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

19 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma

20 pauperis pursuant to 28 U.S.C. § 1915.

21         Accordingly, IT IS HEREBY ORDERED that:

22         Within forty-five (45) days of the date of service of this order, plaintiff shall submit the

23 attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay

24 the $350.00 filing fee for this action.  **No requests for extension will be granted without a**

25 **showing of good cause**.  Within sixty (60) days of the date of service of this order, plaintiff shall

26 submit a certified copy of his/her prison trust statement for the six month period immediately

27 preceding the filing of the complaint.

28 /////

-1-

1 | /////

2 | **Failure to comply with this order will result in dismissal of this action.**

3 |

4 | IT IS SO ORDERED.

5 |

6 | Dated:     October 2, 2012

UNITED STATES MAGISTRATE JUDGE

7 |

8 |

9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |