# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISRAEL MALDONADO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SHAFTER-WASCO NORTH DIV., et al.,<br><br>　　　　　Defendants. | Case No. 1:12-cv-01586 LJO GBC (PC)<br><br>ORDER DISREGARDING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(Document 16) |

Plaintiff Israel Maldonado ("Plaintiff"), a California state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on September 29, 2012. On November 6, 2012, the Court issued Findings and Recommendations that the action be dismissed for failure to state a claim. The Court adopted the Findings and Recommendations on November 27, 2012, and the action was closed.

On December 11, 2012, Plaintiff filed a one-page letter that was docketed as a Motion for Summary Judgment. In the letter, Plaintiff continues to argue that his sentence is invalid.

Plaintiff's letter is DISREGARDED. This action was closed on November 27, 2012, when Plaintiff's complaint was dismissed without prejudice. Plaintiff was provided with a copy of a

1

section 1983 complaint form, as well as a petition for writ of habeas corpus. He may pursue his claims in another action, if he so chooses.

IT IS SO ORDERED.

Dated:   **July 15, 2013**                                **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE