1
2
3
4
5
6
7

8                          **UNITED STATES DISTRICT COURT**

9                          EASTERN DISTRICT OF CALIFORNIA

10

11   ISRAEL MALDONADO,                          Case No. 1:12-cv-01586 LJO GBC (PC)

12               Plaintiff,
                                                ORDER DISREGARDING PLAINTIFF'S
13        v.                                    MOTION FOR SUMMARY JUDGMENT

14   SHAFTER-WASCO NORTH DIV., et al.,          (Document 16)

15               Defendants.

16

17        Plaintiff Israel Maldonado ("Plaintiff"), a California state prisoner proceeding pro se and in

18   forma pauperis, filed this civil rights action on September 29, 2012.  On November 6, 2012, the

19   Court issued Findings and Recommendations that the action be dismissed for failure to state a claim.

20   The Court adopted the Findings and Recommendations on November 27, 2012, and the action was

21   closed.

22        On December 11, 2012, Plaintiff filed a one-page letter that was docketed as a Motion for

23   Summary Judgment.  In the letter, Plaintiff continues to argue that his sentence is invalid.

24        Plaintiff's letter is DISREGARDED.  This action was closed on November 27, 2012, when

25   Plaintiff's complaint was dismissed without prejudice.  Plaintiff was provided with a copy of a

26

27

28

                                                1

section 1983 complaint form, as well as a petition for writ of habeas corpus.  He may pursue his

claims in another action, if he so chooses.

IT IS SO ORDERED.

Dated:   __**July 15, 2013**__                          __/s/ Lawrence J. O'Neill__
                                                        UNITED STATES DISTRICT JUDGE